FILED IN
COURT OF CRIMINAL APPEALS

February 6, 2015

ABEL ACOSTA, CLERK

PD-1427-13
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/3/2015 6:36:59 PM
Accepted 2/6/2015 8:56:57 AM
ABEL ACOSTA
CLERK

No. PD-1427-13

## IN THE TEXAS COURT OF CRIMINAL APPEALS

VANESSA CAMERON,
*Petitioner*

v.

STATE OF TEXAS,
*Respondent.*

**SECOND MOTION FOR LEAVE TO FILE
ADDITIONAL BRIEFING ON REHEARING
(WITH BRIEF ATTACHED)**

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

COMES NOW VANESSA CAMERON, Petitioner in the above styled and numbered cause, and by and through undersigned counsel, respectfully requests leave for filing Additional Briefing on Rehearing and in response to Respondent's Motion for Rehearing pursuant to Rule 70.4 of the Texas Rules of Appellate Procedure.

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Court to grant oral argument and to grant leave for the preparation and submission of additional briefing.

Respectfully submitted

**Gerald H. Goldstein**
State Bar No. 08101000
**Donald H. Flanary, III**
State Bar No. 24045877
Goldstein, Goldstein, & Hilley
29th Floor Tower Life Building
San Antonio, Texas 78205
210-226-1463, 210-226-8367 facsimile

**John T. Hunter**
State Bar No. 24077532

310 S. St. Mary's St.
Suite 1840 – Tower Life Bldg.
San Antonio, Texas 78205
210-399-8669
210-568-4927 facsimile


By:/s/Gerald H. Goldstein
    GERALD H. GOLDSTEIN
    Attorney for Vanessa Cameron


## CERTIFICATE OF SERVICE

This is to certify that on February 3, 2015, a true and correct copy of the above and foregoing document was served on Jay Brandon, Assistant District Attorney at the Bexar County District Attorney's Office, by electronic mail to jay.brandon@bexar.org

/s/ Gerald H. Goldstein
Gerald H. Goldstein